# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-702
Lower Tribunal No. 2020CA-001644-0000-00

———————————————

NICHOLAS BERGER,

Appellant,

v.

RITCHIE BROS. AUCTIONEERS (AMERICA), INC. and MAURICIO CABADA,

Appellees.

———————————————

Appeal from the Circuit Court for Polk County.
Dana Y. Moore, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and WHITE, JJ., concur.


James G. Bishop and David G. Henry, of Morgan & Morgan, Lakeland, for Appellant.

Matthew B. Bernstein, of Vernis & Bowling of Central Florida, P.A., DeLand, for Appellee, Mauricio Cabada.

No Appearance for Appellee, Ritchie Bros. Auctioneers (America), Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED